UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.A.T. GLOBAL INC., | CASE NO. C25-1848-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| PRIME WAY EXPEDITE LLC, | |
| Defendant(s). | |

Plaintiff filed this action on September 24, 2025, and filed proof on October 20, 2025, that Defendant was served with process on October 7, 2025.  Dkt. Nos. 1, 7.  Defendant has not responded to the complaint, nor has Plaintiff taken any further action.  Plaintiff is ORDERED TO SHOW CAUSE no later than February 6, 2026, why this case should not be dismissed without prejudice for failure to prosecute.

Dated this 6th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1